IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT RODDENBERRY,

    Plaintiff,

vs.                                   CASE NO. 4:11cv204/RS-WCS

WAKULLA COUNTY BOARD OF
COUNTY COMMISSIONERS; GORDON
S. McDERMID, Individually; DR. MICHAEL
LUSKO, Individually; and TIMOTHY BARDEN,
Individually,

    Defendants.
_____/

## ORDER

Before me is Defendants' Notice Of Conflict (Doc. 29).  Trial is rescheduled for May 21, 2012.

**ORDERED** on August 12, 2011.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**